# CERTIFICATE OF MAILING

The undersigned hereby certifies that a true and correct copy of the attached document filed this date was served on the following by placing a copy of same in first class U.S. mail today, postage prepaid, addressed as follows:

RABBI DAVID H. DOMBEK, PRESIDENT
BET SHAVEI-TZION INTERNATIONAL
1009 EAST SPRINGFIELD DRIVE
BELLEFONTE, PA 16823-8284

TAMMY LEE CLAUSE
PO BOX 507/191
POST OFFICE BOX 214
NEWFOUNDLAND, PA 18445

HARRY SAMUEL DOMBEK
BOOK KEEPING DEPT.
PO BOX 8
DALLAS, PA 18612


Date: October 12, 2007

_Catherine M. Sisk_
Catherine M. Sisk, Judicial Assistant